JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 20-3568 MWF (MAAx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE [12]** |
| v. | |
| $129,069.00 IN U.S. CURRENCY, | |
| Defendant. | |

    Plaintiff and Jessica Davis ("Davis") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    On September 17, 2019, $129,069.00 ("defendant currency") was seized from Davis by agents of the Drug Enforcement Administration. This action was commenced on April 17, 2020. On June 17, 2020, plaintiff filed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days, in which plaintiff and Davis, through her counsel, agreed to extend the time to file a claim to contest the forfeiture of the defendant property and answer the Complaint. Davis' deadline to file a claim is July 16, 2020 and an answer is August 6, 2020,

respectively.  The parties have asked that Davis be relieved from the requirement of filing a claim and answer.

The Court, having considered the stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  No claims have been filed, and the time for filing claims has expired, except to Davis.  All potential claimants to the defendant currency other than Davis are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.  Davis is relieved from filing a claim or answer.

3. $5,000.00 of the defendant currency, without interest, shall be returned to Davis through her counsel.  The United States Marshals Service shall release said funds by wire transfer to Davis' counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith.  Davis and her attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law.  The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

4. The government shall have judgment as to the remaining $124,069.00 of the defendant currency, together with all interest earned on the entirety of the defendant currency, and no other right, title or interest shall exist therein.  This judgment does not constitute a finding by this Court that Davis engaged in any unlawful activity, in connection with the defendant currency or otherwise.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendant currency, and this action.

DATED: July 16, 2020

_____
THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE